**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **GEORGE SMITH, ID #576067,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:06cv1189-N(BH) |
| | § | ECF |
| **SHERIFF JIM BOWLES, et al.,** | § | |
| | § | |
| Defendants. | § | |

### ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted.

SIGNED May 16, 2007.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE